UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     v.<br><br>JAMES WEISS | No. 19 CR 805-2<br><br>Judge Steven C. Seeger |

**GOVERNMENT'S STATEMENT REGARDING NONAPPEARANCE**

The UNITED STATES OF AMERICA, by its attorney JOHN R. LAUSCH, Jr., United States Attorney for the Northern District of Illinois, respectfully submits the following statement regarding its nonappearance at the scheduled status hearing on January 5, 2022.

The undersigned counsel sincerely apologizes to the Court, to defendant, and to defense counsel for failing to appear at the previously scheduled telephonic status hearing on January 5, 2022. Undersigned counsel failed to properly calendar the status hearing when it was initially docketed. At the time of the status hearing, undersigned counsel was in transit from the FBI's offices and missed the email he received from a colleague alerting him of the status hearing.

Undersigned counsel understands the importance of full participation by all counsel and will not repeat this mistake. Again, undersigned counsel apologies to the Court, defendant, and defense counsel for this mistake.

Dated: January 7, 2022

        Respectfully submitted,

        JOHN R. LAUSCH, Jr.
        United States Attorney

By:   */s/ James Durkin*
        JAMES DURKIN
        Assistant United States Attorneys
        219 S. Dearborn St., Suite 500
        Chicago, IL 60604
        (312) 353-5300