# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                             Plaintiff,

v.                                         Case No.: 1:19–cr–00805

                                         Honorable Steven C. Seeger

, et al.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 2, 2022:

      MINUTE entry before the Honorable Steven C. Seeger as to James T Weiss: Trial is hereby set for June 5, 2023 at 9:30 a.m. The final pretrial conference will take place on May 11, 2023 at 2:00 p.m. The final pretrial order is due by April 3, 2023. Motions in limine are due by April 3, 2023. Responses are due by April 17, 2023. No replies absent further direction from the Court. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.