# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                          Case No.: 1:19−cr−00805
                                          Honorable Steven C. Seeger

, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 21, 2023:

       MINUTE entry before the Honorable Steven C. Seeger as to James T Weiss: During trial, the government played recordings and provided the jury with binders of the transcripts. The recordings were admitted into evidence, but the transcripts were not. The transcripts were demonstratives, to help the jury follow along. The Court reminds the government to file on the docket the transcripts of the recordings played to the jury. That way, the docket will include the material that the jury saw during trial. The transcripts will provide a user−friendly, easy−to−follow record of what the jury heard. Mailed notice. (jjr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.