UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   v.<br><br>JAMES T. WEISS | No. 19 CR 805<br><br>Judge Steven C. Seeger |

**TRANSCRIPTS FILING**

At the request of the Court, R. 322, the government attaches here the transcripts that were used as demonstrative exhibits during trial. The transcripts are listed on the government's final exhibit list, R. 294-1, along with the admitted exhibits they correspond to.

Respectfully submitted,

MORRIS PASQUAL
Acting United States Attorney

By:  /s/ *Christine M. O'Neill*
CHRISTINE M. O'NEILL
SEAN J.B. FRANZBLAU
Assistant U.S. Attorneys
219 South Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 353-5300