```
CASE TITLE:      United States v. Weiss
CASE NUMBER:     19 CR 804
ACTIVITY:        In-person meeting between Terrance Link, Luis
                 Arroyo, James Weiss, Jason Timmerhaus
LOCATION:        2560 Skokie Valley Road, Highland Park, Illinois

DATE:            08/02/2019
TIME:            10:47 a.m.

SPEAKERS:        LINK:           Terrance Link
                 ARROYO:         Luis Arroyo
                 WEISS:          James Weiss
                 TIMMERHAUS:     Jason Timmerhaus

                      *    *    *    *

                      (CLIP G BEGIN)
```

LINK:        Hello

WEISS:       How are you, James Weiss

LINK:        Hi, pleasure

TIMMERHAUS:  Jason Timmerhaus

LINK:        Pleasure… Goombah

ARROYO:      Goombah baby, how are you

LINK:        Good

ARROYO:      How are you buddy?

LINK:        Good.

ARROYO:      Yea, you smell good, did you take a bath?

LINK:        What's today?

                      (CLIP G END)

```
                           (CLIP A BEGIN)

 1    ARROYO:      So Terry thank you for seeing me after you ran me
 2                 over on the floor of the-of the Senate.
 3
 4    LINK:        Well, your timing was bad (laughs).
 5
 6    ARROYO:      (Laughs).
 7
 8    LINK:        You know like they say in this game we play,
 9                 everything's timing and-
10
11    ARROYO:      That's right-
12
13    LINK:        and your timing wasn't the right timing (laughs).
14
15    ARROYO:      Timing was perfect, perfect, but I-yeah I did-I-I
16                 knew that uh that-that wa-you were under a lot of
17                 pressure all that week, so was I, everybody was
18                 under pressure based on the capital bill based,
19                 (uh). I was in charge of the capital bill in the
20                 house and believe me, everybody come in with
21                 requests, requests, requests. We took in-we took
22                 in a hundred-a hundred and ten billion dollar
23                 request. You know when we were accepting
24                 proposals from everybody, from all types of
25                 industries, from all types of schools, all types
26                 of colleges. We-we added it up, we got up to a
27                 hundred and ten billion dollar request.
28
29    LINK:        Psh.
30
31    ARROYO:      I said holy shit and we stopped taking em. If we
32                 would of take-kept taken em we might have been at
33                 two hundred billion. Everybody thought that that
34                 was just uh we had a-a-a-a hole without no
35                 bottom of money, you know? To get to the 45
36                 billion we got wasn't easy.
37
38    LINK:        Oh yeah.
39
40    ARROYO:      It wasn't easy. I wanted 50 billion.
41
42    LINK:        Huh.
```

| | | |
|---|---|---|
| 1 | | |
| 2 | ARROYO: | But uh they kinda backed me off of that. |
| 3 | | |
| 4 | LINK: | That was a question they asked me, are you-were |
| 5 | | you okay with 45 billion and I-I said no and they |
| 6 | | said oh you thought it was too much? I said no it |
| 7 | | wasn't enough. |
| 8 | | |
| 9 | ARROYO: | Yes, that's- |
| 10 | | |
| 11 | LINK: | Simple as that I said we could of easily done |
| 12 | | twice the amount without any problem. |
| 13 | | |
| 14 | ARROYO: | We coulda had- |
| 15 | | |
| 16 | LINK: | -With the problems we had. |
| 17 | | |
| 18 | ARROYO: | We coulda had 50 billion without a problem. |
| 19 | | |
| 20 | LINK: | Oh yeah. |
| 21 | | |
| 22 | ARROYO: | But then the-some of them didn't want uh this, |
| 23 | | some of them didn't want that, the bottle tax, |
| 24 | | the water tax, and then we tried to get Uber |
| 25 | | involved. They were giving us 80-80 million for |
| 26 | | Uber and then the-uh without preemption and all- |
| 27 | | all-it was just, it just got stupid. |
| 28 | | |
| 29 | LINK: | Yeah I got-(UI). |
| 30 | | |
| 31 | ARROYO: | (UI) close the deal. So we closed it at 45 but 45 |
| 32 | | is better than nothing right? |
| 33 | | |
| 34 | LINK: | Oh yeah . . . So what can we do for ya today? |
| 35 | | (UI). |
| 36 | | |
| 37 | ARROYO: | (UI) I wanna do a-a trailer bill for the game-for |
| 38 | | the sweepstakes. I've talked to the governor, |
| 39 | | I've talked to a lot of the people that said that |
| 40 | | bills (UI) but some of the gaming people now that |
| 41 | | they got what they wanted-they got the racinos, |
| 42 | | they got all the-the gaming and stuff but they |
| 43 | | not-they don't have a problem with that. |
| 44 | | |

```
1    LINK:        Mhm.
2
3    ARROYO:      With the sweepstakes. They say it's illegal,
4                 there's ille-it's not illegal, they went to
5                 court-it's not illegal. Not illegal. Jimmy could
6                 explain it to you uh, I've been working at-at a
7                 sweepstakes for quite a while. I talked to Bobby,
8                 I talked to-uh Tony Munoz said everything came
9                 back to you. Says oh no Terrys the one-you gotta
10                talk to Terry, and whatever Terry says we'll go
11                along with it. I'm okay-everybody's okay they say
12                except Terry Links. I said why? Why? (Laughs). So
13                I said well let me go try to talk to him and see,
14                you know, I just wanted to get an opinion of why
15                and if not-if you still gonna be against it,
16                you're against it but I wanted our friendship to
17                stay where it was before.
18
19   LINK:        Oh yeah.
20
21   ARROYO:      Before the-the sweepstakes and be-by you being
22                under that pressure, you know, I don't know if it
23                was something we could work on now to do
24                something for the uh-for veto session and do a
25                trailer bill for-for the sweepstakes. That's what
26                I'm trying to do now. I've talked to the
27                governor's office, they're okay. I've talked to
28                the speaker's office, they're okay. On-on the
29                Senate side, I don't work too well on the Senate
30                side Terry, I just don't.
31                              (CLIP A END)
32
33
```

(CLIP B BEGIN)

| | | |
|---|---|---|
| 1 | | |
| 2 | WEISS: | That's great-that's great. So uh, you know we-we- |
| 3 | | we got uh-uh a draft bill drafted before all the |
| 4 | | hype and hoopla and you know uh-and from-from |
| 5 | | what I understood from Shaw, as long as we were |
| 6 | | willing to be regulated and taxed and put some |
| 7 | | parameters into place, they were comfortable with |
| 8 | | the, you know, with your issues that you have |
| 9 | | against the sweepstakes. Um, you know there was |
| 10 | | no objection uh to you and- |
| 11 | | |
| 12 | LINK: | But I never saw that. |
| 13 | | |
| 14 | WEISS: | Okay, alright I'm sorry. But did- |
| 15 | | |
| 16 | LINK: | Yeah- |
| 17 | | |
| 18 | WEISS: | but we did create it um-uh L-Laurie, who uh- |
| 19 | | |
| 20 | LINK: | -Who?- |
| 21 | | |
| 22 | WEISS: | has done-Laurie, uh-uh Dirks? She-she's done a |
| 23 | | lot of the budget uh drafts, uh revenue- |
| 24 | | department of revenue drafts, she was on the |
| 25 | | speakers staff. |
| 26 | | |
| 27 | LINK: | Oh okay. |
| 28 | | |
| 29 | WEISS: | Um, she's now with uh-uh Culverson and uh |
| 30 | | Hitchoff? |
| 31 | | |
| 32 | LINK: | Oh okay. |
| 33 | | |
| 34 | WEISS: | Uh Adam Vaught, um Heather-Heather Wier's |
| 35 | | husband? |
| 36 | | |
| 37 | LINK: | Right. |
| 38 | | |
| 39 | WEISS: | I had him and-and Laurie draft a-a legislature-or |
| 40 | | the proposed uh draft bill. And then that |
| 41 | | attorney uh that's in the sweepstakes business |
| 42 | | also, Cory kinda did a-a maneuvering of uh, you |
| 43 | | know, trying to be funny and uh, take this out, |

```
1                      take that out, and then, you know, propose one
2                      thing on a 8 ½ by 11 sheet of paper. So there was
3                      some trickery going on and then
4
5    ARROYO:           There was a lot of moving parts in that-that-
6
7    WEISS:            -You know, mo-moving parts and then you know I
8                      uh-I sat down with McClain last week and-and uh
9                      you know he-he uh illustrated to me that you
10                     were, you know, frustrated and that it probably
11                     would be a good idea if we get together and talk
12                     through some of the concerns and see if we can
13                     draft something that's appeasable to you that uh-
14                     you know maybe we can get something done in veto
15                     session. Either in the trailer bill or, you know,
16                     something in the near future.
17
18   LINK:             Hm.
19
20   WEISS:            Um, whatever the appetite was. But one thing I
21                     wanted to do was meet ya and assure you that I'm
22                     not a bad actor, I wanna pay tax. There's all
23                     this thing about us not paying tax. Um, there's-
24
25   LINK:             We did meet in the hallway a couple times.
26
27   WEISS:            Passed by, yeah.
28
29   LINK:             Yeah, yeah (UI).
30
31   WEISS:            Um-uh, you know, regulation, I'm not worried
32                     about the background checks and stuff like that.
33                     I just-there-there's-there's a misconception
34                     because of whether it's legal or not legal. So
35                     currently sweepstakes falls under the prize and
36                     gift act, in Illinois, under the attorney
37                     general's supervision. Okay?
38
39   LINK:             Okay.
40
41   WEISS:            Now that there's all different types of
42                     sweepstakes: electronic format, Oprah Winfrey,
43                     Coca-Cola, Pepsi-Cola, there's vending machines,
44                     there's bottle caps, there's paper format-
```

6

| | | |
|---|---|---|
| 1 | LINK: | Right- |
| 2 | | |
| 3 | WEISS: | Jewel Osco, uh McDonalds Monopoly- |
| 4 | | |
| 5 | LINK: | McDonalds, yeah. |
| 6 | | |
| 7 | WEISS: | Okay, there's 15 different types of sweepstakes. Right? I happen to have that kiosk that I put in retail stores, right? And the issue is, with the background checks and with the scrutiny is that you can't-uh you take one subsection of sweepstakes and-and regulate to where these people that have the kiosk are gonna have the background checks, they're gonna go through the scrutiny. Because you would eliminate all their employees. |
| 18 | LINK: | Right. |
| 19 | | |
| 20 | WEISS: | And-and the tellers and the cashiers that hand out the prizes, so forth and so on. So, as much as it's been challenging from a legislative stand point it's also been challenging from me as the operator, in the business, to say well how do I carve it out? How do I-you know I-I've met with other people that have sweepstakes prizes and they said well were gonna challenge that in federal court. You know you're-you're violating our, you know, rights and people protection and free method of speech. And, you know, it goes either way, you know it-it-one lawyer I-one lawyer argues a good argument and the other one, you know, has- |
| 35 | LINK: | Right- |
| 36 | | |
| 37 | WEISS: | a good defense for it. But instead of the bickering and back and forth and you know we both have friends on both sides of the aisle um and I-I would just like to pay the tax and move on and operate the business. |
| 43 | LINK: | Now is Cory's with you or not with you? |
| 44 | | |

7

```
1    WEISS:       So Corys done this-Cory has-
2
3    LINK:        I-the only reason I say that, Cory came and
4                 visited me one time quite a while ago and was
5                 gonna give me this whole litany of things about
6                 regulations and so forth. Well that was probably,
7                 easy, 6/8 months ago and I'm still waiting for
8                 it.
9
10   WEISS:       Yeah.
11
12   ARROYO:      Wow, oh.
13
14   WEISS:       Yeah, that's unfortunate.
15
16   LINK:        Yeah.
17
18   WEISS:       Um, so I have worked with Cory-so Cory works for
19                a software company, Pace-O-Matic.
20
21   LINK:        Mhm.
22
23   WEISS:       Um, out of Atlanta. Uh I have worked with Cory on
24                things just to keep peace in the water because
25                we're in the same industry. Um I do buy machines
26                from his manufacturer but I don't always agree
27                with Cory in principle uh because Cory he'll, you
28                know, represent me and then he'll also represent
29                4 or 5 other sweepstakes interests and also video
30                gaming interests and-you know Cory is just more
31                or less wants to take from everybody and feed off
32                of everybody. Not a bad guy, smart guy, he
33                actually talked to me about getting into the
34                business and then um you know I didn't want to be
35                his partner. Um so I ended up hiring a different
36                attorney and getting different legal counsel um
37                but I've-I've maintained a talking relationship
38                with him.
39
40   ARROYO:      Jimmy so-
41
42   WEISS:       -But not a business relationship.
43
```

```
 1   ARROYO:        So do you have uh legislation? Do you-did Shaw
 2                  approve that-
 3
 4   WEISS:         -Oh yeah, oh yeah-
 5
 6   ARROYO:        that legislation? Why don't you get-get it to
 7                  Terry to see, (UI)-
 8
 9   WEISS:         I-I-I honestly was under the in-opinion that Shaw
10                  gave it to you.
11
12   LINK:          He said he was and then I said to Shaw I said-you
13                  know because I-I talked to Shaw . . . April or
14                  something we met? And he was supposed to get it
15                  to me and I never got it.
16
17   ARROYO:        (UI).
18
19   WEISS:         Well I'll make sure you get it first thing.
20
21   LINK:          Yeah and I meant ain't nothing against Shaw I
22                  mean he might of-
23
24   WEISS:         Yeah no I get it-
25
26   LINK:          just forgot it or something like that or it
27                  wasn't in final form. I'm not gonna condemn him
28                  for that, you know?
29
30                              (CLIP B END)
```

```
1                           (CLIP C BEGIN)
2
3    ARROYO:        But for you it has to-it has to come from you
4                   because it's your bill. Alright? The same thing
5                   in the house, it would have to come from Bobby.
6                   Bobby told us, we met with him no, no I don't
7                   have a problem I don't have-I won't mind putting
8                   it in there but you gotta talk to Terry. So
9                   that's why we here today to talk to you-
10
11   LINK:          Then why is all the industry opposed to it? I
12                  mean, the video gaming people are opposed to it,
13                  the casinos are oppo-
14
15   ARROYO:        (UI). Competition. Competition, the same way you
16                  see the-the same way you see a McDonalds and then
17                  you see a Burger King next door? Because they're
18                  making so much money now, the big guys. This is
19                  a-the big guys, the coin operators, the big guys,
20                  they said oh well it's illegal. Oh they not
21                  regulated, they-they don't pay taxes-not yet, but
22                  we want to. If you put it in-if you put a shell
23                  bill in there or you put a trailer bill you
24                  better make sure that it says they will pay the
25                  fee, they will pay the license, they will pay
26                  everything the same thing they pay. But they'll
27                  tell you no, no they don't-we don't want that
28                  (laughs). How do you-i-how do-you-you have to be
29                  able to let the man operate so, they will tell
30                  you any kind of story. So so far he wants to pay
31                  the taxes, he wants to pay the fee, he wants to
32                  pay the license, he wants to be regulated. I
33                  cannot be with somebody that doesn't want that.
34                  As a legislator I can't say Jimmy let's do
35                  something illegal, let's go put these machines
36                  and not pay taxes, let's not pay uh-uh the fees,
37                  let's not get regulated-I can't do that. You know
38                  that, that's like me telling you hey-hey uh Terry
39                  lets go fucking get some-some fucking naked
40                  pictures on the fucking computer and let's start
41                  selling this illegal stuff.
42
43   LINK:          Mhm.
44
```

```
 1   ARROYO:      And you gonna say fuck you Luis that's fucking
 2                crazy, it's illegal. So this hasn't been. This is
 3                not-this is just a myth that the big guys with
 4                the big money, the coin operators and-and all the
 5                people with the big money uh-uh it-it's like the
 6                fucking elephant going after a fucking ant, with
 7                this crap. That's-that's the bottom line. So they
 8                don't want the ant to be able to get regulated to
 9                come up to their level because it's the big boys
10                against the little guy.
11
12   WEISS:       I-I think it, you know, I think what's really
13                important is that the state, you know, they're
14                selling us stickers for the machines, the revenue
15                stickers, $30 dollars. I just picked up several
16                hundred of 'em the other day. Um, the city and
17                the municipalities, there's gotta be something
18                for these brick and mortar businesses that
19                generate the $500 to $1,000 dollars a month with
20                their increased property taxes, their increased,
21                you know, sales taxes. The it-more and more
22                people buying stuff and using the internet, this
23                Amazon prime, they're not going into these brick
24                and mortar businesses.
25
26   LINK:        Mhm.
27
28   WEISS:       The shell gas stations, the BPF, they can't get
29                liquor licenses. They-they-the ev-everybody that
30                has these gaming machines has to have a liquor
31                license or a truck stop. And these small brick
32                and mortar beauty salons, uh laundry mats, um
33                the-the-the gas stations, uh the cigar shops, uh
34                the restaurant cafes that don't have liquor
35                licenses, they need this extra revenue, this
36                extra income. And that's where we really impacted
37                these businesses and these business owners with
38                their property taxes that have gone up and the
39                sales tax and water tax and every other tax. Um,
40                they said th-this has helped us, this has helped
41                us stay afloat.
42
43   LINK:        Mhm.
44
```

| | | |
|---|---|---|
| 1 | WEISS: | It's helped us with their-with our business. And- |
| 2 | | and so it-with doing so, I think, and-and I've |
| 3 | | been told verbally by two of the top operators |
| 4 | | that are video gaming guys, when the state sets a |
| 5 | | tax precedent and-and allows you to operate like |
| 6 | | what we do, lawfully, they believe that's |
| 7 | | illegal. Um, we wanna be in the sweepstakes |
| 8 | | business. Because we have hundreds of locations |
| 9 | | that have been denied applications for video |
| 10 | | gaming and we also have other retail businesses |
| 11 | | that would like to have the sweepstakes machines. |
| 12 | | |
| 13 | LINK: | Mhm. |
| 14 | | |
| 15 | WEISS: | So they wanna be in the business, they've already |
| 16 | | told me that they're going to compete against me. |
| 17 | | And uh, you know, I've-I-I feel that you know |
| 18 | | there's a few that are operating already that |
| 19 | | have video gaming, and they also have the |
| 20 | | sweepstakes, but they do the shelfing. You know |
| 21 | | where the brother runs the video gaming company- |
| 22 | | |
| 23 | LINK: | (Laughs)- |
| 24 | | |
| 25 | WEISS: | and the sister runs the sweepstakes business. But |
| 26 | | I-I'm not looking to hide anything, I'm not |
| 27 | | looking to be a bad actor. I wa-I wanna-I wanna- |
| 28 | | |
| 29 | ARROYO: | Jimmy, so-so on-on the bad actors, if you get |
| 30 | | regulated and you pay taxes on all that, those |
| 31 | | bad actors go away? |
| 32 | | |
| 33 | WEISS: | They're gonna go away or they're gonna find |
| 34 | | somebody that they could put the company's name |
| 35 | | on but-but-but you know, I can't fight every |
| 36 | | fight on the-on its face. |
| 37 | | |
| 38 | ARROYO: | No, no. |
| 39 | | |
| 40 | | (CLIP C END) |
| 41 | | |

12

```
1                        (CLIP D BEGIN)
2
3    WEISS:      You know there's-shouldn't there be some clarity?
4                Absolutely. But I've tried that, I've tried that
5                in 2000 uh 2014 and 2016 uh and then 2000-uh-uh
6                17. Three different times we've introduced you
7                know some clarity to the law and it just-
8                obviously Springfield has its challenges has had
9                bigger fish to fry. You know?
10
11   LINK:       Oh yeah.
12
13   WEISS:      So it-so it went nowhere. But, I think now, you
14               know, the dust has settled and I think that the-
15               the revenue and the tax revenue that the state
16               could receive is, you know, 50 to 70 million
17               dollars. It's not anywhere comparable to the
18               video gaming uh but we're-we're 3% on the market
19               share. You know what I mean?
20
21   LINK:       Right.
22
23   WEISS:      Th-th-they-they have it. You know maybe the
24               industry has 2,000 machines, they have 26,000
25               machines and growing with the, you know, the 6
26               machine added so.
27
28   ARROYO:     There's that many, yeah, 26,000?
29
30   WEISS:      Yeah, yeah.
31
32   LINK:       Yeah but if you regulate you'll probably-your
33               machines would start growing in number too,
34               right?
35
36   WEISS:      Oh sure, sure, absolutely. But, you know,
37               there's-there's, you know, other retail
38               components and you have other parts of the
39               industry that were never paying a tax.
40
41   LINK:       Right.
42
43   WEISS:      On the sweepstakes. You know the McDonalds
44               Monopoly, the-the Coca-Cola, and all these the-
```

```
1                       the online sweepstakes, the NFL, MLB, you know
2                       all of em are-
3
4    ARROYO:            Terry you know that-you know that uh that Pepsi-
5                       Cola when they got that bottle cap?
6
7    LINK:              Right.
8
9    ARROYO:            Did they-did they take that a prize?
10
11   LINK:              Right.
12
13   ARROYO:            (UI) that's sweepstakes. That's sweepstakes and
14                      they don't pay a tax, they don't pay nothing
15                      Pepsi-Cola. So, you know, the McDonalds when they
16                      do that little cup they do
17
18   LINK:              Right.
19
20   ARROYO:            They do the thing on the-on the-on the-on the
21                      french fries-
22
23   LINK:              Free bur-free fries, whatever that-
24
25   ARROYO:            -Yeah that's-that's all sweepstakes. They don't
26                      pay any regulation or anything like that.
27   WEISS:             And under the law, under the law, McDonalds pays
28                      out up to $640 dollars in cash. At the cash
29                      register. I'm sorry not under the law, under
30                      their operating procedures. But they could pay
31                      out up to $5,000 dollars under the way the-
32
33   ARROYO:            -Wow-
34
35   WEISS:             current law is written. Under the prize and gift
36                      act. Any sweepstakes event. Any sweepstakes
37                      contest could pay out a $5,000 dollar cash prize.
38                      So, I-and that's been the big argument with the
39                      video game-"oh they're paying out cash, it's
40                      illegal". Listen, everything's been (UI).
41
42   LINK:              But aren't some of these, you know, I don't mean
43                      the McDonalds or something-
44
```

```
1    WEISS:      -Sure-
2
3    LINK:       -Now aren't some of these sweepstakes throughout
4                the state paying out money? Illegally?
5
6    WEISS:      Illegally?
7
8    LINK:       Yeah.
9
10   WEISS:      No. Legally, under the law, they can pay out up
11               to $5,000 dollars. Under the prize and gift act.
12
13   LINK:       Okay.
14
15   ARROYO:     But see they're making it-they're telling
16               everybody that it's paying cash illegally. It's
17               not illegal. Show me, show me where it the-the
18               law-
19
20   LINK:       No I'm ju-I'm just going by you know what's been
21               said and-
22
23   ARROYO:     Right, well what you-what you've heard and what's
24               been said-
25
26   LINK:       Right, right, right.
27
28   WEISS:      So there's-
29
30
31   ARROYO:     But then they're gonna explain to you the truth.
32
33                           (CLIP D END)
34
```

```
 1                        (CLIP E BEGIN)
 2
 3   ARROYO:      Y-Y-how much is the-how much is this thing losing
 4                right now by you not paying all the fees?
 5
 6   WEISS:       $60-$70 million dollars.
 7
 8   ARROYO:      Look at that.
 9
10   WEISS:       And it's-it's-it's a-
11
12   LINK:        Mhm.
13
14   WEISS:       It's-it's on the table. And I'm estimating, I've
15                given very comfortable low estimates of what-
16                what's available (UI). I mean I'm only estimating
17                what my machines are, not the other sweepstakes
18                games that are out there.
19
20   LINK:        Where is that $60-70 million going right now?
21
22   WEISS:       Huh, so between the business owner-yes good
23                question. So what happens typically is that the
24                business owner um takes 50 to-uh anywhere from 40
25                to 50%, okay? Of the sweepstakes. Those business
26                owners are supposed to report that income to, you
27                know, pay the sales tax-
28
29   LINK:        -Right-
30
31   WEISS:       -on that income, okay?
32
33   ARROYO:      (UI).
34   WEISS:       I pay uh-I-and then I take 50% of that income.
35                Where's probably 25 to 30% of my income going? To
36                lobbyists and lawyers. You know, I'm working off
37                a 25% margin. To be honest and frank.
38
39   LINK:        Okay.
40
41   WEISS:       The other 25%, lobbyists.
42
43   LINK:        Okay. But then you-you gotta pay taxes too right?
44
```

```
 1    WEISS:         I do. I pay income tax, I pay sales tax.
 2
 3    LINK:          Okay.
 4
 5    WEISS:         But I've tried to, like, the state has an ST-1,
 6                   with the department of revenue? The only thing
 7                   under the statue with the department of revenue
 8                   is a $30 revenue sticker. And we've asked this uh
 9                   department of revenue to increase the fees, it's
10                   gotta be done through a legislature. We've asked
11                   them if we could have a line item with the ST-1,
12                   it's gotta be done through the legislature. So
13                   we-we-we have the language of (UI) but, you know,
14                   it-it has to pass in order for me to pay.
15
16    LINK:          Alright.
17
18    ARROYO:        So Terry could we get you the language and then
19                   you could consider?
20
21    LINK:          Yeah get me the language, quick-
22
23    ARROYO:        Yes I'm gonna get you the language and we'll have
24                   a conversation again to see if it fits your need
25                   to be able to try to do a shell bill. Uh, when
26                   veto session comes up and-and start working with
27                   it and if it doesn't get passed in the veto
28                   session we could probably push it (UI)-
29
30
31    LINK:          See what happens after.
32
33    ARROYO:        Yeah.
34
35                             (CLIP E END)
36
```

```
 1                      (CLIP F BEGIN)
 2
 3   LINK:         Can I talk to you alone one second?
 4
 5   WEISS:        Sure. Yeah, sure.
 6
 7   LINK:         We're-no you guys sit (UI).
 8
 9   WEISS:        Okay.
10
11   LINK:         I'll kick him out. He-he-he needs to exercise.
12
13   ARROYO:       (Laughs), yeah.
14
15   LINK:         Go outside a second.
16
17   ARROYO:       Let's go outside-
18
19   LINK:         I wasn't-
20
21   ARROYO:       -let's go outside.
22
23   LINK:         I wasn't sure who was coming today so you know
24                 what I mean?
25
26   ARROYO:       (UI).
27
28   LINK:         You know . . . This is you and I talking now.
29   ARROYO:       Okay.
30
31   LINK:         Nobody else.
32
33   ARROYO:       Yeah.
34
35   LINK:         Right?
36
37   ARROYO:       Yep. Whatever you tell me Terry it stays between
38                 you and me.
39
40   LINK:         Okay.
41
42   ARROYO:       That's-that's-that's my word.
43
44   LINK:         What's in it for me though?
```

```
 1
 2   ARROYO:      (UI) here-here, the guy-I'm-I'm-I'm a paid
 3                consultant for him.
 4
 5   LINK:        Okay?
 6
 7   ARROYO:      If you put a price on it-I mean if you want to
 8                get paid, if you want-you want somebody else to
 9                get a check monthly, a monthly stipend, then you
10                could put em on contract. He'll put you on
11                contract with him. You tell me what it is, tell
12                me what you need.
13
14   LINK:        Ah, I'm looking for something you know
15
16   ARROYO:      Yeah (UI)-
17
18   LINK:        I mean I'm in the twilight, you know.
19
20   ARROYO:      There is-there is-I understand very well.
21
22   LINK:        Okay.
23
24   ARROYO:      I understand if I'm doing okay, you're gonna do
25                okay. So just me and you'll start meeting from
26                now on. When he gives you the legisl-legislation
27                we'll be more open and we'll talk to each other
28                to make sure that you're rewarded for what you do
29                for-for what we gonna do moving forward. Same way
30                I'm getting paid-I'm getting paid 25-$2,500
31                dollars a month.
32
33   LINK:        Oh yeah?
34
35   ARROYO:      And I'm looking to get a little bump from that
36                because I've been really working my ass off.
37
38   LINK:        That would be nice.
39
40   ARROYO:      So, that would be guaranteed from me to you.
41
42   LINK:        Okay.
43
44   ARROYO:      Alright?
```

```
 1
 2    LINK:          Alright.
 3
 4    ARROYO:        Thank you buddy.
 5
 6    LINK:          That's all I wanted to talk.
 7
 8    ARROYO:        There you go.
 9
10    LINK:          That stays between you and I.
11
12    ARROYO:        Yeah that-you know let's-let's be clear, right?
13                   That we're clear.
14
15    LINK:          You got it. Okay.
16
17    ARROYO:        My word is my bond, and my rep, my reputation.
18    LINK:          Hey just remember who passed your first bill.
19
20    ARROYO:        Yeah (laughs). You got it baby.
21
22    LINK:          Just remember that (UI). Y-y-I-I-I always gotta
23                   remind you of that.
24
25    ARROYO:        Oh no you got to, you got to, you got to.
26
27                               (CLIP F END)
28
```