```
CASE TITLE:      United States v. Weiss
CASE NUMBER:     19 CR 804
ACTIVITY:        In-person meeting between Terrance Link, Luis
                 Arroyo
LOCATION:        5320 Touhy Avenue, Skokie, Illinois

DATE:            08/22/2019
TIME:            10:43 a.m.

SPEAKERS:        LINK:      Terrance Link
                 ARROYO:    Luis Arroyo
```

                          *     *     *     *

                        (CLIP A BEGIN)

| | | |
|---|---|---|
| 1 | ARROYO: | I'm on-I'm in a hurry and I'm gonna give you this |
| 2 | | here. This is-this is-this is the jackpot. Give |
| 3 | | me the names-let's put the name on there. |
| 4 | | |
| 5 | LINK: | Kath-Katherine Hunter. |
| 6 | | |
| 7 | ARROYO: | Could you write that down for me? I'll forget |
| 8 | | that shit. (UI). |
| 9 | | |
| 10 | LINK: | I don't have a pen on me. |
| 11 | | |
| 12 | ARROYO: | Alright. I'll put it on my phone. Uh . . . To-to |
| 13 | | what company and what address? |
| 14 | | |
| 15 | LINK: | No she's just a friend. And I- |
| 16 | | |
| 17 | ARROYO: | -Okay. |
| 18 | | |
| 19 | LINK: | You know, I'll run it through her. |
| 20 | | |
| 21 | ARROYO: | So-but you don't need-you don't need no address? |
| 22 | | Make a check this big (UI). |
| 23 | | |
| 24 | LINK: | I'll give you my home address. |
| 25 | | |
| 26 | ARROYO: | Awe no- |
| 27 | | |
| 28 | LINK: | -If you mail anything there. |
| 29 | | |

```
 1   ARROYO:      No, no we not gonna mail anything we just kinda
 2                wanted to check-we're gonna write you a check
 3                from us.
 4
 5   LINK:        Okay?
 6
 7   ARROYO:      (UI) 6 months or a year. What do you-what do you
 8                prefer?
 9
10   LINK:        Whatever. A year sounds great.
11
12   ARROYO       (UI) Okay so just read it, see if it's gotta be
13                any (UI)-
14
15   LINK:        -Okay. Now here-here's the reason I ask about
16                emailing it to me. If I gotta make-if we gotta
17                make changes it's a lot easier to make it off the
18                email.
19
20   ARROYO:      I'll-I'll send it to you but I don't have your
21                email address.
22
23   LINK:        Okay I'll give it to you.
24
25   ARROYO:      Hold on, (UI) what was the name again?
26
27   LINK:        Katherine.
28
29   ARROYO:      Katherine Hunter. See if that's the correct
30                spelling.
31
32   LINK:        Yep.
33
34   ARROYO:      Okay got Katherine Hunter, now what else do-what
35                else did we want? Your email-
36
37   LINK:        -My email.
38
39   ARROYO:      Do you wanna print-put it in there?
40
41   LINK:        Okay, I will.
42
43                              (CLIP A END)
44
45
```

```
 1                         (CLIP B BEGIN)
 2
 3      ARROYO:        You can change this and I'm gonna give it to your
 4                     email right now. When I get to the car I'm gonna
 5                     email it to you.
 6
 7      LINK:          Yeah because, you know when they're trying to-if
 8                     they look at something, you know . . . it's
 9                     easier to bring it up-I'm not a computer expert,
10                     I'll tell ya that.
11
12      ARROYO:        No neither am I, neither am I. That's why I
13                     wanted to come and so-show it to you and go over
14                     it but with the time span that I got I gotta-
15                     gotta guy in my office ready for a meeting I had.
16                     That was on my calendar but.
17
18      LINK:          Now uh, you know I'm not too happy about doing
19                     this. But I'm doing it for ya.
20
21      ARROYO:        I know you're not. I know you're not this-I'm
22                     glad everything's coming back cause now
23                     everybody's going after model it. The city is
24                     about to re do everything, the city . . . Okay
25                     (UI) and (UI). Okay fine.
26
27      LINK:          Well, uh this whole thing with the city. That's
28                     not-they're not gonna re do everything. She might
29                     wanna re do everything.
30
31      ARROYO:        Right yeah but you-you-you gotta monetize it a
32                     little bit. You gotta be able to give her a
33                     little bit of what she's not-she's not gonna get
34                     the whole vote. She gotta get-she gotta-you gotta
35                     change it a little bit.
36
37      LINK:          But here's the thing, Luis. If we change it what
38                     she wants she's either gonna take the money from
39                     the state or from her . . . and how do you-
40
41      ARROYO:        -(UI) take the money from the city.
42
43      LINK:          Okay but you take away the city. How do these
44                     guys-how do the guys vote for it? I can vote for
45                     it because they're not gonna hurt the city but
46                     how do you guys in the city vote for it?
```

```
1    ARROYO:        The-that-
2
3    LINK:          -(Laughs)-
4
5    ARROYO:        -the city'll vote for it (UI). The city'll vote
6                   for it, she's got the votes for the city-
7
8    LINK:          -Here do you wanna put that name-write that name
9                   in? (UI)?
10
11   ARROYO:        Give me a pen, I don't have a pen.
12
13   LINK:          I don't have a pen on me either. Maybe when she
14                  comes back.
15
16   ARROYO:        Yeah, yeah . . .
17
18   LINK:          Oh man.
19
20   ARROYO:        That's-that's (UI). that's-that's (UI).
21
22   LINK:          That's okay.
23
24   ARROYO:        In case you have any questions with it. I'm gonna
25                  send you this and you can see what, this is not
26                  concrete, this is just something (UI)-
27
28   LINK:          -Right. Yeah, you know-
29
30   ARROYO:        -There's already statue in other states like this
31                  but if there's something you gotta change that
32                  you're not comfortable with (UI).
33
34   LINK:          So where are you going next week?
35
36   ARROYO:        Next week I'm going back to Florida. Then-
37
38   LINK:          -Oh are ya?-
39
40   ARROYO:        My home in Marco Island . . . Can I borrow your
41                  pen for (UI)?
42
43   LINK:          . . . Marco Island, oh that's beautiful there
44
45                              (CLIP B END)
```