```
CASE TITLE:      United States v. Weiss
CASE NUMBER:     19 CR 804
ACTIVITY:        In-person meeting between Curtis Heide, Elliot
                 Rothrock, James Weiss
LOCATION:        Maywood, Illinois

DATE:            10/25/2019
TIME:            12:36 p.m.

SPEAKERS:        HEIDE:       Curtis Heide
                 ROTHROCK:    Elliot Rothrock
                 WEISS:       James Weiss
```

            \*  \*  \*  \*

            (CLIP A BEGIN)

```
 1   ROTHROCK:       So, are you kind of the main driver at the
 2                   business too?
 3
 4   WEISS:          Yes.
 5
 6   ROTHROCK:       Alright. So there's no one else. You're making
 7                   decisions, you're out there doing everything?
 8
 9   WEISS:          Correct.
10
11   ROTHROCK:       Okay, ok. Now I noticed on the corporate filings
12                   your role at the company was listed as manager.
13                   Are there any other owners or like principals in
14                   Collage?
15
16   WEISS:          No. Just me.
17
18   ROTHROCK:       Just you?
19
20   WEISS:          Yea.
21
22                              (CLIP A END)
```

```
 1                         (CLIP B BEGIN)
 2
 3     HEIDE:          This is the agreement with uh, with Lou, right?
 4
 5     ROTHROCK:       Does that look familiar?
 6
 7     HEIDE:          Is that what that is?
 8
 9     ROTHROCK:       It's a contract, yeah it looks like it's got the
10                     Spartacus III. Is that, is that Louie's company?
11                     Does that sound familiar?
12
13     WEISS:          Correct.
14
15     ROTHROCK:       Okay. And then V.S.S. Inc. Is that one of your
16                     companies too?
17
18     WEISS:          No. I don't own this company.
19
20     ROTHROCK:       Oh. Whose company is this?
21
22     HEIDE:          Who owns the V.S.S. one?
23
24     WEISS:          So, this company is owned by John Adreani. Which
25                     I have a partnership in another company with him,
26                     but not V.S.S.
27
28     ROTHROCK:       Oh Okay, so that's confusing. So, John Adreani?
29
30     WEISS:          Correct.
31
32     ROTHROCK:       What company do you own with John Adreani?
33
34     WEISS:          Mac T LLC.
35
36     ROTHROCK:       What is Mac T LLC?
37
38     WEISS:          Same business model.
39
40     ROTHROCK:       Sweepstakes?
41
42     WEISS:          Sweepstakes.
43
44     ROTHROCK:       Okay, okay. So what's V.S.S. then? Is that ah...
45
46     WEISS:          Video sweepstakes.
47
```

```
1    ROTHROCK:      Well, that's-
2
3    HEIDE:         Makes sense.
4
5    ROTHROCK:      Well that's self explanatory. Video Sweepstakes
6                   Inc. So John owns that, how come you don't have a
7                   piece of that though? Or is he...
8
9    WEISS:         I wasn't involved in the business then. This
10                  company was formed, I don't know, he would know
11                  better than I, but this was formed probably six
12                  or seven years ago, before I got into the
13                  business.
14
15   ROTHROCK:      When did you get into Sweepstakes then?
16
17   WEISS:         I got into the business, ah, when was Mac T
18                  formed? Four or five years ago.
19
20   ROTHROCK:      Okay, 2014, 2015, something like that.
21
22   WEISS:         Yeah. Mac T, LLC.
23
24   ROTHROCK:      Okay. And you own that with John. You got any
25                  other partners with that?
26
27   WEISS:         Yeah, Anthony Demarco.
28
29   ROTHROCK:      Anthony Demarco, okay. How'd you meet John and
30                  Anthony?
31
32   WEISS:         Again, business relationships.
33
34   ROTHROCK:      Okay.
35
36   WEISS:         They were operating the business and they were
37                  looking for somebody legislatively, they were
38                  savvy, to help navigate the waters. They were
39                  told, you know, by the big gaming companies that
40                  they were gonna be put out of business. And I
41                  said, "Well, I think I can help you." You know,
42                  after they explained to me the law and
43                  everything, it was all on our side.
44
45   ROTHROCK:      Okay.
46
```

```
1   WEISS:      And I believed through counsel and many
2               conversations and dinners I believed I could help
3               them.
4
5   ROTHROCK:   Okay, so they were already doing business as
6               V.S.S. and they were like, they needed a guy with
7               political connections, so they, they found you,
8               or they knew you already.
9
10  WEISS:      I wouldn't say political connections, but I was,
11              I was savvy in my other business relationships.
12
13                            (CLIP B END)
14
```

```
 1                         (CLIP C BEGIN)
 2
 3    HEIDE:       So getting back to some of these checks we took a
 4                 look at, this one's yours too also, right?
 5
 6    WEISS:       Correct.
 7
 8    HEIDE:       Can you tell me, most of these other ones are
 9                 going to Spartacus it looks like. But there's one
10                 addressed to this Catherine Hunter. Is she a
11                 Spartacus employee, do you know?
12
13    WEISS:       No. Um, so she's a, uh, consultant
14
15    HEIDE:       Okay.
16
17    WEISS:       that I had hired
18
19    HEIDE:       Okay.
20
21    WEISS:       to help with, uh, you know, the relationship
22                 with, uh, Senator Link.
23
24    ROTHROCK:    Okay.
25
26    HEIDE:       And where, where. Is she from here in Chicago or?
27
28    WEISS:       No, from, uh, Winnetka.
29
30    HEIDE:       Oh, from Winnetka. Okay. So, alright.
31
32    ROTHROCK:    So, I've never heard that name before. Is she,
33                 have you met her?
34
35    WEISS:       No.
36
37    ROTHROCK:    Oh, you never met her? How'd you get, uh
38
39    WEISS:       I talked to her on the phone.
40
41    ROTHROCK:    You talked to her on the phone? Okay.
42
43    WEISS:       Yeah.
44
45    ROTHROCK:    Ah, okay. Do you got a contract with her or
46                 anything?
47
```

```
 1   WEISS:      I do.
 2
 3   ROTHROCK:   Oh.
 4
 5   WEISS:      It's funny. I asked my assistant, which my wife
 6               drove her to the airport this morning. I asked my
 7               assistant to give me a copy of the contract this
 8               morning.
 9
10   ROTHROCK:   Oh, really?
11
12   WEISS:      She goes, "It's on my computer at the desk." My
13               assistant, my sister-in-law, she went to Florida
14               for the weekend to celebrate her birthday with
15               her girlfriends.
16
17   HEIDE:      Oh, nice.
18
19   WEISS:      So she'll be back on Monday. But I'd asked her
20               for the contract because I didn't see the
21               contract to be honest with you.
22
23   ROTHROCK:   Oh, okay.
24
25   HEIDE:      Well, the weather's probably better in Florida
26               than it is here.
27
28   ROTHROCK:   Yeah, I would imagine. But Vanessa told you it's
29               at the office on her computer?
30
31   WEISS:      Yeah.
32
33   ROTHROCK:   Okay. Maybe we'll do a follow-up and try to get a
34               copy of that from you. Yea, ok.
35   HEIDE:      Any other questions Elliot?
36
37   ROTHROCK:   So, it sounds like you have sort of, a developing
38               or a pretty good relationship with Senator Link.
39               Um,
40   WEISS:      I wouldn't say that.
41
42   ROTHROCK:   Oh, really. Okay.
43
44   WEISS:      No.
45
46   ROTHROCK:   So, is that why you hired Katherine, to sort of
47               get him on board?
```

```
 1    WEISS:         Yeah.
 2
 3    ROTHROCK:      Ok. So what, yea, what's the deal with Senator
 4                   Link then?
 5
 6    WEISS:         Sure, gaming has been in Illinois you know, 40
 7                   people have been donating to all these
 8                   politicians for the last ten years. Here I come
 9                   with sweepstakes because I talked with an
10                   attorney about another way to have kiosks,
11                   electronic kiosks in retail businesses that don't
12                   have liquor licenses. It was, I was, I was the
13                   guy that upset the apple cart.
14
15    ROTHROCK:      Ok
16
17    WEISS:         You know? Every politician and every, you know,
18                   gaming guy is pissed off at me, you know. So no,
19                   I wouldn't consider Link a friend, I wouldn't
20                   consider him an ally at all. What I, what I tried
21                   to do is neutralize the territory and not have
22                   him put me out of business.
23
24
25                          (CLIP C END)
26
```

```
 1                     (CLIP D BEGIN)
 2
 3   ROTHROCK:    Do you, so you, so, so, you had Louie going after
 4                Terry, or Senator Link, and then you had
 5                Katherine Hunter meet with him, too or?
 6
 7   WEISS:       I don't know if Katherine ever met with Louie. I
 8                talked to Katherine over the phone about engaging
 9                in the relationship and helping me. That's all.
10
11   ROTHROCK:    How did you connect with Katherine too? Like how
12                did you
13
14   WEISS:       Louie told me this is who I needed to hire, and I
15                hired her.
16
17   ROTHROCK:    Okay, okay. And then you talked to her on the
18                phone?
19
20   WEISS:       Yes.
21
22   ROTHROCK:    How many times did you talk to her on the phone?
23
24   WEISS:       Once.
25
26   ROTHROCK:    Just once.
27
28   WEISS:       Brief, it was brief. It was two-minute phone
29                conversation.
30
31
32
33
```

```
 1                         (CLIP E BEGIN)
 2
 3      HEIDE:      So, I kind of want to draw your attention to this
 4                  particular set of documents Jimmy.
 5
 6      WEISS:      Sure.
 7
 8      HEIDE:      This, this is what Louie gave Terry, up at the
 9                  Sanders restaurant, and this is the proposed
10                  legislation that you guys wanted to have changed.
11
12      WEISS:      Ahuh.
13
14      HEIDE:      Along with the check that Louie filled out for
15                  Katherine Hunter.
16
17      WEISS:      Well, not changed. This was the legislation.
18
19      HEIDE:      Or you want to have it, this is the legislation
20                  you want Terry to introduce.
21
22      WEISS:      I wanted to introduce this into the gaming bill,
23                  yes.
24
25      HEIDE:      Okay. Um, why was this payment included with the
26                  legislation?
27
28      WEISS:      I didn't give the payment with the legislation. I
29                  gave this check to Louie.
30
31      HEIDE:      Yeah, but what was the idea behind it?
32
33      WEISS:      I had to hire a consultant to get Terry Link
34                  neutralized with the gaming guys.
35
36      HEIDE:      Okay. Did you know Terry was going to give this,
37                  or did you know that, did you, did you put this
38                  set of documents together with the check and give
39                  it to Lou?
40
41      WEISS:      I believe it was done at two separate times.
42
43      HEIDE:      Okay. Do you know where Louie gave this to Terry?
44
45      WEISS:      I met with Louie and Terry at a, uh
46
47      HEIDE:      Yeah, at the Wendy's.
```

```
 1   WEISS:       The Wendy's.
 2
 3   HEIDE:       Yeah, I was there for that. So, yeah. And then I
 4                was at Sanders, too, when you guys brought this
 5                up there. And we have the whole conversation with
 6                Louie on tape.
 7
 8   WEISS:       Sanders?
 9
10   HEIDE:       The Pancake house where you drove him up there
11                and then he walked in by himself.
12
13   WEISS:       Yes. Yeah. I didn't walk in there.
14
15   HEIDE:       I know you didn't.
16
17   WEISS:       Okay.
18
19   HEIDE:       But I saw you in your car there.
20
21   WEISS:       Yeah. I was there. I drove Louie there.
22
23   HEIDE:       Yep. So we have Lou's conversation entirely on
24                tape and to me this looks like a bribe.
25
26   WEISS:       That wasn't my intention. I, I was, I hired a
27                consultant. I hired a lobbyist to carry out the
28                legislative action on my behalf of my company.
29
30   ROTHROCK:    Did you, when did you talk to Katherine Hunter on
31                the phone?
32
33   WEISS:       Uh, I can go back in my phone records.
34
35   HEIDE:       Do you, do you have her phone number in your
36                phone right now?
37
38   WEISS:       No.
39
40   HEIDE:       Okay, no?
41
42   WEISS:       I received a text message from Terry Link
43                yesterday.
44
45   HEIDE:       Ok
46
47   ROTHROCK:    Yea?
```

```
1    WEISS:         Oh my phone's in my car.
2
3    ROTHROCK:      Ok
4
5    HEIDE:         You want to grab it real quick?
6
7    WEISS:         Yeah, I don't have Katherine Hunter's.
8
9    HEIDE:         Yea
10
11   ROTHROCK:      That's okay.
12
13                              (CLIP E END)
14
```

```
 1                     (CLIP F BEGIN)
 2
 3    HEIDE:           You never had a phone conversation with Katherine
 4                     Hunter. You didn't.
 5
 6    WEISS:           There was a woman that Louie put me on the phone
 7                     with.
 8
 9    HEIDE:           Louie did?
10
11    WEISS:           Yes.
12
13    ROTHROCK:        So you're
14
15    WEISS:           Yes.
16
17    ROTHROCK:        Ok, so how'd that work? How'd that work?
18
19    WEISS:           That was at, uh, where the hell was it? We met in
20                     person. I'm trying to think of the place where we
21                     met. I'm trying to give you guys the details.
22
23    ROTHROCK:        Yeah, yeah.
24
25    WEISS:           I want to say Tavern on Rush.
26
27    ROTHROCK:        Tavern on Rush. Alright, so you and Louie are at
28                     Tavern on Rush.
29
30    WEISS:           And he called, he called someone. Said, "I gotta
31                     put you on the phone with Katherine about
32                     engaging in the agreement."
33
34    ROTHROCK:        Okay and he, he said Katherine? WEISS:  I believe
35                     it was Katherine, yes.
36
37    ROTHROCK:        Okay. And that was that before you went up to
38                     Sanders Pancake House?
39
40    WEISS:           So it was before I, ah, yes, before I went to
41                     Sanders.
42
43    ROTHROCK:        Alright, so before you went to Sanders, Louie put
44                     you on the phone with somebody that he said was a
45                     woman named
46
47    WEISS:           Was Katherine.
```

12

```
1    ROTHROCK:      And how did he introduce Katherine? What did he
2                   say
3
4    WEISS:         He said, "Jimmy, this is the lady that we're,
5                   we're gonna, you're gonna hire, to work things
6                   out with Link." I said, "Okay."
7
8    ROTHROCK:      Ok
9
10   WEISS:         "Katherine, how are you? My name's Jim Weiss.
11                  Nice to meet you."
12
13   ROTHROCK:      Okay.
14
15   HEIDE:         What else did she say? What did she say her plan
16                  was?
17
18   WEISS:         She said, she said, "When are you going to send
19                  the agreement over?"
20
21   HEIDE:         Ok. And did you send an agreement?
22
23   WEISS:         And I said I'm working on something, I'll get
24                  something together.
25
26   HEIDE:         Did you send an agreement?
27
28   WEISS:         No. As I told you guys, I had my assistant type
29                  it up. And I was told, I was given that piece of
30                  paper from Louie and I was to send the agreement
31                  with the second check.
32
33   HEIDE:         What else did you mail? You sent the agreement
34                  and the checks up to Terry?
35
36   WEISS:         Yeah.
37
38   HEIDE:         Ok
39
40   WEISS:         One check.
41
42   HEIDE:         One check, okay.
43
44   ROTHROCK:      And what was the agreement actually?
45
46   WEISS:         I told you I haven't even read it yet.
47
```

13

```
1    ROTHROCK:       Okay. Well I meant, like.
2
3    WEISS:          It was a standard
4
5    ROTHROCK:       What are, what are you supposed to be paying
6
7    WEISS:          It was a standard lobbying agreement. It was
8                    $2500 a month.
9
10   ROTHROCK:       Okay.
11
12   WEISS:          I think for six months.
13
14   ROTHROCK:       Okay. Can I ask you something, too? Can you pull
15                   open that photo again on your phone, the one that
16                   we saw. I got a question about that. Just, just a
17                   quick thing. Alright, so this is the Post-It
18                   right that you're given, and this is an address
19                   for a P.O. Box. You're sending a check to
20                   Katherine Hunter to a post-office box that is
21                   very cleanly, very clearly associated with Terry
22                   Link. And also let's look at Terry's..
23
24   WEISS:          I didn't know that.
25
26   ROTHROCK:       Terry's message: Did you send me the check.
27
28   WEISS:          Yeah.
29
30   ROTHROCK:       Like a response if you didn't think it was for
31                   Terry, it would be "I thought the check was for
32                   Katherine Hunter."
33
34   WEISS:          Well, I knew Katherine and Terry were lockstep. I
35                   knew they were friendly. I knew Terry was going
36                   to interact with Katherine.
37
38   ROTHROCK:       Okay. So, but you're saying, you're literally
39                   sending the check to Terry, and you know you're
40                   sending the check to Terry. But the name on the
41                   check is Kath-.
42
43   WEISS:          I made it out to Katherine Hunter. That's who I
44                   was told to make the check out to. That's who
45                   Louie put me on the phone with.
46
```

| | | |
|---|---|---|
| 1<br>2<br>3 | ROTHROCK: | So who told you to make the check out to Katherine Hunter though? |
| 4<br>5 | WEISS: | Louie. |
| 6<br>7<br>8<br>9<br>10<br>11 | ROTHROCK: | Alright. So Louie says, Make the check payable to Katherine Hunter. And then he gives you a post-it note that says "Terry Link" post-office box whatever. You're literally mailing a check to a person you don't really know to a state senator. |
| 12<br>13<br>14<br>15<br>16<br>17<br>18<br>19 | WEISS: | I don't know who Katherine Hunter was. I didn't know if it was somebody who lived with him. Do you know how many, I mean look at the Louie situation, right. His wife is a lobbyist and lives with Louie. The wife and, I didn't know if Katherine Hunter was his girlfriend who lives with him, I didn't know who Katherine Hunter was. |
| 20<br>21<br>22 | ROTHROCK: | Did you get the impression though that paying Katherine Hunter was to keep Terry happy? |
| 23<br>24<br>25<br>26 | WEISS: | Not happy, but it was gonna to help me advance and keep things neutral. I mean, Terry's come out publicly against me |
| 27<br>28 | ROTHROCK: | But |
| 29<br>30 | WEISS: | Four or five times. |
| 31<br>32<br>33<br>34 | ROTHROCK: | But paying Katherine Hunter was gonna at least neutralize, he was gonna change his position if you hired Katherine Hunter. |
| 35<br>36<br>37 | WEISS: | I don't know that. Terry told me "Fuck you" to my face in Springfield, you know. |
| 38<br>39 | ROTHROCK: | Yea |
| 40<br>41<br>42<br>43 | WEISS: | He said, fuck it. And he knew my father in law. My father in law's interacted with Terry for 30 years. |
| 44<br>45 | ROTHROCK: | Yea |
| 46<br>47 | WEISS: | And he told me "Fuck you" to my face, I mean. I didn't know what to do. What would you do if you |

15

```
1                    had business interests and you were trying to
2                    figure it out. You got a guy that's, you hear
3                    rumblings from everybody that says "I'm gonna try
4                    to put you out of business." You know, what,
5                    what, what would you do?
6
7                                   (CLIP F END)
8
```

```
 1                         (CLIP G BEGIN)
 2
 3    ROTHROCK:     Do you remember when you gave, you gave Louie
 4                  a blank check, though, right?
 5
 6    WEISS:        Yes.
 7
 8    ROTHROCK:     For $2,500 you signed--
 9
10    WEISS:        No, I didn't give him a blank check. I gave him
11                  a check where I didn't have the name written in
12                  there.
13
14    ROTHROCK:     Payable to blank.
15
16    WEISS:        I didn't know who he was gonna, yeah.
17
18    ROTHROCK:     But you completed the date, the amount. The
19                  date, the amount and you signed and executed the
20                  check. And then you gave it to Louie not knowing
21                  really who was going to get that money. But you
22                  knew, you knew Louie was going to meet with an
23                  Illinois State Senator and you--
24
25    WEISS:        No, I knew, I knew that Katherine was going to
26                  get the check. I didn't know her last name
27                  that's why I...
28
29    HEIDE:        Did you know that ahead of time?
30
31    WEISS:        Yes, I did.
32
33    HEIDE:        You did?
34
35    ROTHROCK:     How'd, how'd you , how'd you know that?
36
37    WEISS:        Louie told me.
38
39    ROTHROCK:     Louie told you it was going to some
40
41    WEISS:        Louie told me. Him and Terry had conversations.
42
43    ROTHROCK:     Okay. So Lou told you it was going to
44                  somebody named Katherine.
45
```

| | | |
|---|---|---|
| 1<br>2 | WEISS: | Katherine Hunter, and I didn't have her last name at the time. |
| 4 | ROTHROCK: | Okay, so you-- |
| 6<br>7 | WEISS: | So I said, "Louie, I'm gonna, I'm gonna leave the name blank. You fill in the name." |
| 9<br>10 | ROTHROCK: | Why didn't you just ask Louie for the name? |
| 12 | WEISS: | Why didn't I ask Louie for the name? |
| 14 | ROTHROCK: | Yeah, when you gave him the blank check. |
| 16<br>17 | HEIDE: | Yeah, if you knew the name ahead of time, why did you give him a blank check? |
| 19<br>20 | ROTHROCK: | You were up there, too. You had the whole ride to ask him, "Who's this for?" |
| 22-37 | WEISS: | So, so here. I knew Katherine Hunter. I had talked to her or I thought it was her. I told you guys that I talked to her for two minutes, just about consulting. And then when we were driving to, uh, where we were driving to, uh that Sanders to give him a check, right? Um, me and him, we were talking. I think I was in the middle of something else. And I told him, I says, "Who am I writing the check out to?" He says, "Oh, just leave it blank." He says, "I'll, I'll, I'll fill it in. I'll get the spelling of the last name in there." I said, "Katherine who?" Cause I wanted to write the name on the check. I didn't know who it was going to. I wanted to write the name on the check. He says, "I'll, I'll, I'll fill it out." |