```
CASE TITLE:     United States v. Weiss
CASE NUMBER:    19 CR 804
ACTIVITY:       HOUSE EXECUTIVE COMMITTEE – SUBJECT MATTER HEARING
                ON CASINO EXPANSION
LOCATION:       Springfield, Illinois

DATE:           5/2/2019

SPEAKERS:       CHAIRMAN:       Chairman
                ARROYO:         Luis Arroyo
                HEIDNER:        Rick Heidner

                        *   *   *   *

                        (CLIP A BEGIN)
```

| | | |
|---|---|---|
| 1 | ARROYO: | Okay. I, I have another question to you. Uh, is, |
| 2 | | do you guys support the |
| 3 | | sweepstakes and this gaming bill? |
| 4 | | |
| 5 | HEIDNER: | No, not at all. Sweepstakes machines are, I'm also |
| 6 | | in the video gaming business. I'm the third |
| 7 | | largest um, um, gaming company in Illinois. I own |
| 8 | | Gold Rush Gaming. Um, those machines have terrible |
| 9 | | effects on our business. They are not regulated at |
| 10 | | all. They pay no tax at all. There's no |
| 11 | | accountability. And my company and in pretty much |
| 12 | | the whole industry, we pay back 92%. People get a |
| 13 | | really good chance we think that sweepstakes are |
| 14 | | paying back about 65%. Um, it's uh, it's uh, it's |
| 15 | | been an unbelievable fight for me personally. I |
| 16 | | have, I'm, I'm almost breathless fighting and I |
| 17 | | really can't understand what, how they're still |
| 18 | | even out there so I apologize for that |
| 19 | | |
| 20 | ARROYO: | So if they get reg, so your problem is, if they |
| 21 | | get regulated and they pay the same thing |
| 22 | | everybody else pays, that won't be a problem? |
| 23 | | |
| 24 | HEIDNER: | No, that still would be a problem. |
| 25 | ARROYO: | Is it competition the problem? |
| 26 | HEIDNER: | Well, it's not competition. |
| 27 | | (CLIP A END) |
| 28 | | |

| | | |
|---|---|---|
| 29 | | (CLIP B BEGIN) |
| 30 | ARROYO: | So I believe that, the problem would be is they're |
| 31 | | helping a lot of small businesses and a lot of |
| 32 | | communities. So your issue would be the |
| 33 | | regulation, licensing and all that? |
| 34 | | |
| 35 | HEIDNER: | What I'm saying to you is, is that, why, why |
| 36 | | wouldn't they just go ahead and go into becoming a |
| 37 | | terminal operator like I had to and be vetted and |
| 38 | | everything, use the same equipment as us, and |
| 39 | | follow by all the same rules. |
| 40 | | |
| 41 | ARROYO: | They want to follow, I believe, the same rules but |
| 42 | | what I'm hearing and what people are telling me is |
| 43 | | that the big guys want to take out the little |
| 44 | | guys. You know, minorities go through this all the |
| 45 | | time. You know, when you got big corporations and |
| 46 | | big entities and the little guy wants to start a |
| 47 | | business, the big guy takes 'em out. So they're |
| 48 | | saying that you guys are the big guys, that you |
| 49 | | guys are want to take these sweepstakes out of |
| 50 | | business. |
| 51 | | |
| 52 | HEIDNER: | Well if I could say something about that. I |
| 53 | | started with one location and one machine in 2012. |
| 54 | | It took me two and a half years to be licensed. |
| 55 | | I've got over a hundred million dollar investment |
| 56 | | in this. My equipment is the best equipment there |
| 57 | | is. We follow every single rule there is with the |
| 58 | | gaming board and with the, all the rules of our, |
| 59 | | our business. This is entirely, all I'm saying to |
| 60 | | you is, is why wouldn't they go get a terminal |
| 61 | | operators license like I do |
| 62 | | |
| 63 | ARROYO: | But that's what I'm telling you. If they get the |
| 64 | | operators license then, you would be okay with it? |
| 65 | | It seems, it seems like this is more of a monopoly |
| 66 | | of an industry than anything else like Tom |
| 67 | | mentioned a little bit awhile ago, he used the |
| 68 | | word cannibalizing, right so, it's almost like a |
| 69 | | monopolizing, uh, your industry. You know, the big |
| 70 | | guys want to take over and take the little guys |
| 71 | | out of business. That's just what I'm  hearing, |
| 72 | | I'm not challenging you and telling you that |
| 73 | | you're machines are no good or your machines are |
| 74 | | better than theirs. I'm not questioning the |
| 75 | | machines, I'm just questioning the business |

2

```
76                          aspects and how you guys operate by taking the
77                          little guys out of business.
78
79   HEIDNER:               So, so, if I could say uh, the Illinois Gaming
80                          Board, for an example, I don't operate any of the
81                          sweepstakes machines. The Illinois Gaming Board
82                          views them as 100% illegal being operating in, in
83                          the way that they are today
84
85   ARROYO:                Could you, could you identify that, how do you say
86                          that it's illegal, what's illegal about it? The
87                          Supreme Court said that it's not, it's not
88                          illegal, it's not, so you know they went to court
89                          and they fought and they won and I believe that
90                          uh, the city of Chicago was looking at some
91                          legislation or some rules to be able to pass some
92                          of that. So it's not illegal so I would like for
93                          you to, on the last thing to tell me what is
94                          illegal.
95
96   HEIDNER:               Well, the Illinois Gaming Board attorney Caleb is
97                          here. He would probably tell you if you asked him
98                          to come up, that the Gaming Board views them as
99                          illegal.
100
101  ARROYO:                No, I, I don't want nobody else to come up. If you
102                         can't answer to that and tell me how it is, we
103                         could have this conversation later. I have to go
104                         to, to another meeting.
105
106  HEIDNER:               I apologize you, I didn't, believe me, with
107                         Chairman Rita, I wasn't going to talk about
108                         sweepstakes machines.
109
110                                    (CLIP B END)
111
```