```
CASE TITLE:      United States v. Weiss
CASE NUMBER:     19 CR 804
ACTIVITY:        HOUSE EXECUTIVE COMMITTEE – SUBJECT MATTER
                 HEARING ON REGULATION AND EXPANSION OF VIDEO
                 GAMING AND THE REGULATION AND TAXATION OF
                 SWEEPSTAKES
LOCATION:        Springfield, Illinois

DATE:            5/9/2019

SPEAKERS:        CHAIRMAN:           Chairman
                 BOGOT:              Bill Bogot
                 ARROYO:             Luis Arroyo

                       *     *     *     *

                    (CLIP A BEGIN)
```

| | | |
|---|---|---|
| 1 | | |
| 2 | BOGOT: | Thank you for allowing me to speak and I'm happy |
| 3 | | to answer any questions. |
| 4 | | |
| 5 | CHAIRMAN: | You want to ask a question now? Go ahead. |
| 6 | | Representative Arroyo. |
| 7 | | |
| 8 | ARROYO: | Thank you Mr. Chairman. I see that the gentleman |
| 9 | | from the sweepstakes that was here previously |
| 10 | | came by himself.  He says that it's not illegal |
| 11 | | and you saying it's illegal. You talking about, |
| 12 | | uh, shamrock. That's something else. That's not |
| 13 | | what's happening now, right. Are those shamrock |
| 14 | | machines still around? |
| 15 | | |
| 16 | BOGOT: | No, after the Attorney General of Illinois and |
| 17 | | all the states held they were illegal, they |
| 18 | | |
| 19 | ARROYO: | Could you, could you answer that question? Is the |
| 20 | | shamrock still around? |
| 21 | | |
| 22 | BOGOT: | To the best of my knowledge, the shamrock vending |
| 23 | | machines are no longer around. |
| 24 | | |
| 25 | ARROYO: | Thank you. So why are you using that as an |
| 26 | | example for something to be illegal? |
| 27 | | |
| 28 | BOGOT: | Because… |
| 29 | | |
| 30 | ARROYO: | Because it's not. |

```
 1    BOGOT:        Because it's the same thing here whereas
 2                  sweepstakes.
 3
 4    ARROYO:       So, so somebody here is lying. Somebody here in
 5                  this panel is lying or somebody that was
 6                  previously here is lying. That this went to court
 7                  and they said that it wasn't illegal at least
 8                  that's what I understood from the court ruling
 9                  that the, uh, sweepstakes have been to courts
10                  several times, they haven't lost one case yet and
11                  they say that sweepstakes is not illegal so why
12                  are you up here saying that it's illegal? So
13                  either you're lying or the gentleman in the  back
14                  room is lying.
15
16    BOGOT:        Well I can tell you
17
18    ARROYO:       So it can't be both ways. There's not two laws
19                  and they can't rule on two different issues on
20                  the same bill or on the same sweepstakes. Is
21                  sweepstakes legal? Are the sweepstakes today
22                  legal? Or tell me what court has determined them
23                  to be illegal.
24
25    BOGOT:        Well the two court cases I'm familiar  with in
26                  the windy city case, the Illinois Appellate
27                  courts specifically said that they are not ruling
28                  on the legality or illegality
29
30    ARROYO:       Oh so now they're not ruling on it. You just said
31                  they ruled and it was illegal.
32
33    BOGOT:        I said the Illinois Attorney General had done an
34                  opinion, the AG opinion that the sweepstakes
35                  vending machines and lucky shamrock were illegal.
36                  The Illinois Appellate Court in the windy city
37                  case said that they are only making a
38                  determination on    whether they were (UI)
39
40    ARROYO:       You also mentioned that they were illegal in four
41                  or five other states..
42
43    BOGOT:        In about 12.
44
45    ARROYO:       but Illinois has not determined them to be
46                  illegal. Or if not I would like to have the
47                  gentleman to come up and say, maybe he's lying.
```

```
 1                    Maybe you're   lying. Somebody's lying because
 2                    you can't have two panels and one says it's legal
 3                    and the other one says it's illegal.
 4
 5   BOGOT:           Well the beauty of it is you don't have to listen
 6                    to any of us. We could   just read the opinions.
 7                    Now the Illinois Appellate Court said they're not
 8                    ruling, they're not saying, the issue before the
 9                    Illinois Appellate Court in the windy city case
10                    was not   whether they're illegal or not.
11
12   ARROYO:          See the problem here is, I'm not a lawyer. I'm
13                    not a lawyer. Probably all you guys are lawyers
14                    there and you're saying one thing. I, I can't
15                    really say if it's legal or illegal. But you
16                    should be truthful or whoever the other gentleman
17                    is, come out and say wha, what's really, don't
18                    compare something that's illegal to something
19                    that's not. If it's illegal, I want to know. I
20                    would like to know that. Because I wouldn't be
21                    supporting the people that I'm supporting
22                    because, for something that's illegal. Right? So
23                    that puts me in, that puts me in a pickle. It
24                    puts me in an opportunity that I don't want to be
25                    in. Right, so if you're telling me that it's
26                    illegal, I would like to know that now, right? So
27                    you got five or six people up there, that guy
28                    came by himself. And he defended himself pretty
29                    well. So that's the problem here, you got the big
30                    corporations are trying to monopolize a lot of
31                    these uh, uh video gamers, pretty big. I see it
32                    right here, right. Sweepstakes is very little. So
33                    you guys just want to take them out. It's
34                    illegal, you're putting out all kinds, probably
35                    all, all of you guys are going to say something
36                    different against video uh, uh, sweepstakes. Say
37                    the truth when you're up there. Say the truth
38                    cause I want to hear the truth so I can be
39                    against it if it's illegal. And if it's not
40                    illegal, I'm going to be for it.
41
42                                (CLIP A END)
```