```
CASE TITLE:      United States v. Weiss
CASE NUMBER:     19 CR 804
ACTIVITY:        Phone call

DATE:            7/13/2019
TIME:            11:11 a.m.




SPEAKERS:        LINK:      Terrance Link
                 ARROYO:    Luis Arroyo

                            *     *     *     *

ARROYO:          Hey Terry.

LINK:            Hello Representative. How are you?

ARROYO:          How are you my friend?

LINK:            Good. First of all, I owe you an apology.

ARROYO:          Uh...

LINK:            For being, being, being so gross when I talked to
                 you on the Senate floor that day.

ARROYO:          Yeah. You were, you were a little aggressive bill
                 but I guess you had, you had a job to do.

LINK:            And I had, and I had ten thousand, ten thousand
                 things on my mind. Ten things you know, and it
                 was like trying to herd cats when you're uh...

ARROYO:          Yeah. I know.

LINK:            ...when you're trying to put this bill together.

ARROYO:          Terry, I know something about...

LINK:            So. Yeah.

ARROYO:          ...you. That's not you. That's not normally you
                 but what are you going to do in the heat of
                 battle, in the heat of battle we gotta battle,
                 right? We gotta do what we gotta do.
```

1

```
 1
 2   LINK:       Yeah. I just, I'd walk into my office in the
 3               morning and I would tell my uh, assistant. I
 4               said, if I sound bad, and I scream at you or
 5               holler or anything, it's nothing personal. I'm
 6               just in a shitty mood.
 7
 8   ARROYO:     (laughs)
 9
10   LINK:       She started laughing. She said...
11
12   ARROYO:     Hey. I caught you, I caught you.
13
14   LINK:       (UI) her too.
15
16   ARROYO:     Hey, I caught in one of those moods then, eh?
17               (laughs).
18
19   LINK:       Yeah, you caught me in one of the moods that,
20               that time. I mean, you know, when you're getting
21               it from every angle on something, you know, you
22               explode. So.
23
24   ARROYO:     (UI).
25
26   LINK:       Well, what I'd like to do. Can we get together in
27               the next week or two?
28
29   ARROYO:     Yeah, yeah. I'm down in Florida. I'll be back,
30               I'll be back Monday. And I, I definitely like to
31               together with you.
32
33   LINK:       Okay and see how we can work this out for both of
34               us.
35
36   ARROYO:     Alright buddy. You got it. I appreciate that
37               call. Thank you.
38
39   LINK:       Alright, give me a call when you get back.
40               Alright. Thanks.
41
```