```
       CASE TITLE:      United States v. Weiss
       CASE NUMBER:     19 CR 804
       ACTIVITY:        Phone call

       DATE:            7/30/2019
 1     TIME:            10:20 a.m.
 2
 3
 4
 5     SPEAKERS:        LINK:     Terrance Link
 6                      ARROYO:   Luis Arroyo
 7
 8                         *      *      *      *
 9
10     ARROYO:          Hey Terry.
11
12     LINK:            I'm old. I couldn't get to the phone fast enough.
13
14     ARROYO:          (laughs). No. Hey, I'm getting there too brother.
15                      It's not easy, it's not easy.
16
17     LINK:            I know but we keep, we gotta keep going.
18
19     ARROYO:          Yeah, we gotta keep going brother.
20
21     LINK:            How's, how's Friday morning?
22
23     ARROYO:          Friday morning's great. Friday morning sounds
24                      great to me. Where? You coming down?
25
26     LINK:            Uh, I'm trying, no. I don't go to, I don't go
27                      down to Chicago too often. I was just thinking,
28                      um, we could meet, well I'm trying to think of
29                      where like on the tollway or some way half-way
30                      there.
31
32     ARROYO:          Uh-huh. Let me, let me figure a place. Let me
33                      figure a place. About what time Friday? 10
34                      o'clock? 11 o'clock?
35
36     LINK:            10, about 11 I would say.
37
38     ARROYO:          Okay. I'll pick, I'll pick a place, uh, close to
39                      Waukegan.
40
```

```
1   LINK:      I'm just...just text me where you, where you want
2              to go.
3
4   ARROYO:    Let's do it for 11 o'clock, Friday morning.
5
6   LINK:      You got it buddy. I'll see you then.
7
8   ARROYO:    And uh, 40, 41, take 41 all the way out? Terry?
9
10  LINK:      Yeah, yeah. You can do 41, and then, I'm sure
11             there's, you know, like a McDonald's or something
12             on the way where we could meet.
13
14  ARROYO:    Okay.
15
16  LINK:      I'll come down a little bit and you come up a
17             little bit and that way we could meet.
18
19  ARROYO:    Got it. Got it. I think that there's an old
20             barrel, craig and barrel or something up that
21             way.
22
23  LINK:      You got it.
24
25  ARROYO:    Alright buddy, talk to you.
26
27  LINK:      Alright. Find it out and let me know.
28
29  ARROYO:    Alright.
30
31  LINK:      Text me. Okay, thanks.
32
33
```