```
     CASE TITLE:      United States v. Weiss
     CASE NUMBER:     19 CR 804
     ACTIVITY:        Phone call

     DATE:            8/19/2019
 1   TIME:            10:28 a.m.
 2
 3
 4
 5   SPEAKERS:        LINK:      Terrance Link
 6                    ARROYO:    Luis Arroyo
 7
 8                        *     *     *     *
 9
10   ARROYO:          Hey Terry.
11
12   LINK:            Hey Representative, how are you?
13
14   ARROYO:          Good buddy, good. I'm driving and we got, we got
15                    all this-
16
17   LINK:            (UI).
18
19   ARROYO:          We got all this stuff ready for you. Uh, we
20                    wanted, we wanted to see if you had time to, uh,
21                    if we could get together this week. Can you come
22                    into the city Terry?
23
24   LINK:            Uh, it's kind of difficult? Um, let me see.
25                    Thursday I might be able to.
26
27   ARROYO:          If you could, if you could. Cause I'm going to be
28                    really busy. I'm going out of town next week and
29                    we want to straighten that up and then the, uh,
30                    where, where do you want us to send the, the
31                    other stuff too. Or do you want to put it under
32                    somebody else's name or your stuff or your name?
33
34   LINK:            Alright, let me, let me think about that too. Why
35                    don't we count on Thursday sometime.
36
37   ARROYO:          Okay, Thursday in the morning or Thursday in the
38                    afternoon?
39
```

```
1    LINK:       Probably in the morning. I've got a speaking
2                engagement I know at night. But then I'll, uh, if
3                I can arrange that probably sometime mid-morning.
4
5    ARROYO:     Okay. Okay. 9, 10 o'clock, something like that?
6                11 o'clock.
7
8    LINK:       You got it.
9
10   ARROYO:     Alright.
11
12   LINK:       I'll call, I'll call you in the next day or so to
13               get the exact location and time that will work
14               out.
15
16   ARROYO:     Okay, got it. Got it. If you want to stay close
17               to the highway, we'll keep you close to the
18               highway so you can get right back on 41.
19
20   LINK:       Alright. Well you figure it out too of a good
21               location and we'll go from there.
22
23   ARROYO:     Alright buddy. Thank you.
24
25   LINK:       Thanks. Talk to you.
26
```