```
CASE TITLE:      United States v. Weiss
CASE NUMBER:     19 CR 804
ACTIVITY:        Phone call

DATE:            8/21/2019
TIME:            12:13 p.m.




SPEAKERS:        LINK:      Terrance Link
                 ARROYO:    Luis Arroyo

                            *      *      *      *



ARROYO:          Hey Terry.

LINK:            Hello Señor, how are you?

ARROYO:          Good, good. Uh, we ready for tomorrow? 11
                 o'clock?

LINK:            Yeah. 11, 11, 11 o'clock, but where?

ARROYO:          Yeah, I'm going to send you, uh, we trying to
                 find a place off the highway right now. So, so
                 I'll, I'll text it to you for tomorrow morning.
                 Or I'll text it to you tonight.

LINK:            How's, how's like somewhere by Touhy Avenue?
                 That's, is that close to you?

ARROYO:          Uh, not quite that close but we could do that. We
                 can do Touhy if you want.

LINK:            I mean, yeah then that way, that's quite a ways
                 down for me. And then that way you can, uh...

ARROYO:          Yeah. I'll tell him, I'll tell him to find, I'll
                 tell him to find a restaurant on Touhy, when you
                 get off the highway.

LINK:            Now, who's all coming?

ARROYO:          Just me and Jimmy.
```

```
1
2    LINK:         Oh, okay. Okay.
3
4    ARROYO:       If I need to be there, if I'm going to try to be
5                  there. That's why I'm going early. Uh, but
6                  probably me and Jimmy only.
7
8    LINK:         Okay because you know, I'd like this to stay
9                  between you and I, a lot of this, you know what I
10                 mean.
11
12   ARROYO:       Okay, well you want me, you know what. I'll tell
13                 you what. I do, I'll go, I'll go by myself. I'll
14                 go by myself.
15
16   LINK:         Okay. Alright.
17
18   ARROYO:       Alright.
19
20   LINK:         And the other thing, the other thing. You, you
21                 got my email right? Terrylink1@gmail.com.
22
23   ARROYO:       No, no. I don't have your email Terry. Text it to
24                 me. Text it to me and I'll, I'll save it.
25
26   LINK:         Okay. I'll text it and we, can you just email me
27                 a copy of what, of what you want to talk about
28                 tomorrow? So I can look at it ahead of time.
29
30   ARROYO:       Yeah, yeah.
31
32   LINK:         So if I see anything glaring, glaring that I can
33                 say, hey man. This, this won't play.
34
35   ARROYO:       Well, no. Why don't we just, why don't we just,
36                 uh uh, just, I'm, I'm going to be really tied up
37                 and I gotta go see him to get the, the actual
38                 paperwork so I won't have time to email it to
39                 you. Unless he wants to email it to me. Let me
40                 see if he emailed it to me, then I can just email
41                 it to you.
42
43   LINK:         Yeah. Either that, either if you can, if you
44                 can't, we'll work it out tomorrow.
45
```

```
1    ARROYO:        Alright, I'll give you, I'll send you a place to
2                   meet tomorrow. 11 o'clock.
3
4    LINK:          You got it buddy. I'll see you then.
5
6    ARROYO:        Thank you.
7
8    LINK:          Okay, bye.
9
```