```
CASE TITLE:      United States v. Weiss
CASE NUMBER:     19 CR 804
ACTIVITY:        Phone call

DATE:            8/22/2019
TIME:            10:38 a.m.



SPEAKERS:        LINK:     Terrance Link
                 ARROYO:   Luis Arroyo


                         *     *     *     *

ARROYO:          Hey Terry.

LINK:            Where you at?

ARROYO:          I'm, uh, jeez it's 11 o'clock. I'm, uh, I'm
                 headed that way. I'm, uh, about 10, 15 minutes.
                 Uh, we going to get off, just get off on Touhy.
                 We haven't picked a restaurant yet. I haven't
                 picked a restaurant so just, uh, find. If you get
                 there first off Touhy and the highway, when you
                 get off. Let me know where you at.

LINK:            What, what restaurant?

ARROYO:          No, find one. Find any restaurant or any
                 McDonald's, anything.

LINK:            I, I text you and I said there's a pank, well I
                 didn't say pancake house but it's a restaurant
                 called Sander's.

ARROYO:          Oh, yeah, yeah. I know Sander's. That's on,
                 that's on, uh, Dempster.

LINK:            On Touhy. No, it's on Touhy.

ARROYO:          Sander's is on Touhy? Okay. I'll see you there.
                 We're on our way already.

LINK:            Alright. I'm about 20 minutes away. I'll see you.
```

1

```
1    ARROYO:         Alright. That's about the same thing I am.
2
3    LINK:           Okay. Talk to you.
4
5
```