```
     CASE TITLE:      United States v. Weiss
     CASE NUMBER:     19 CR 804
     ACTIVITY:        Phone call

     DATE:            9/17/2019
 1   TIME:            1:01 p.m.
 2
 3
 4
 5   SPEAKERS:        LINK:      Terrance Link
 6                    ARROYO:    Luis Arroyo
 7
 8                          *      *     *      *
 9
10   ARROYO:          Hey Terry.
11
12   LINK:            Is this that famous TV star that I saw on TV the
13                    other night?
14
15   ARROYO:          (laughs). Yeah, that's him. We just had the
16                    ribbon cutting this morning.
17
18   LINK:            Oh, okay.
19
20   ARROYO:          Good, good.
21
22   LINK:            I saw you on TV the other night and I said, holy
23                    cow. He looks dapper.
24
25   ARROYO:          I look, uh, I look, uh, I look Polish. I look
26                    like a Polish guy, who's that white guy next to
27                    you?
28
29   LINK:            (laughs).
30
31   ARROYO:          There was a lot of sun hitting me. It looked, it
32                    made me look, three or four shades whiter than I
33                    am. But that was good, that was good. It was a
34                    good thing. How are you Terry?
35
36   LINK:            Good. I'm just coming back from Springfield. I'm
37                    just getting ready to come back from Springfield.
38
39   ARROYO:          Alright, so you got to, so give us, give us an
40                    address.
41
```

```
1    LINK:         It's sounds like you're at a train whistle.
2
3    ARROYO:       No, no that's on my car. I'm in the car now,
4                  riding back home. Send, send me an address so I
5                  can send you, uh, that monthly stuff.
6
7    LINK:         Okay. And that's with a K, not a C.
8
9    ARROYO:       That's right, you got that right. Hey, so how's
10                 the...
11
12   LINK:         I'll text you the address.
13
14   ARROYO:       Yeah, okay.
15
16   LINK:         They're reviewing it and looking at all of it a
17                 little bit closer now.
18
19   ARROYO:       Okay, right.
20
21   LINK:         So maybe we'll have to meet up, meet up in a week
22                 or so. You and Jimmy and I.
23
24   ARROYO:       Okay, okay. Got it. Got it.
25
26   LINK:         Alright buddy.
27
28   ARROYO:       Thank you Terry.
29
30   LINK:         I'll talk to you soon. Talk to you. Bye.
31
32
```