```
     CASE TITLE:      United States v. Weiss
     CASE NUMBER:     19 CR 804
     ACTIVITY:        Phone call

     DATE:            9/23/2019
 1   TIME:            2:50 p.m.
 2
 3
 4
 5   SPEAKERS:        LINK:     Terrance Link
 6                    ARROYO:   Luis Arroyo
 7
 8                          *     *     *     *
 9
10   ARROYO:          Yeah Terry.
11
12   LINK:            Sorry, Louie. I couldn't get off the phone fast
13                    enough.
14
15   ARROYO:          No, that's okay.
16
17   LINK:            I'm slowing down in my old age.
18
19   ARROYO:          Oh, ha.
20
21   LINK:            Did you get my message?
22
23   ARROYO:          (UI) said you left me a message that you were
24                    leaving town.
25
26   LINK:            Yeah, I'm leaving.
27
28   ARROYO:          Yeah, so he's got the, he's got the P.O. box.
29                    He's, I'm going to give him the P.O. box this
30                    afternoon so he, he, that's all he needed. So did
31                    you get any messages back from the legislation.
32                    Is everything okay?
33
34   LINK:            Well, no we're still working on it. I just wanted
35                    to sit down and go over a few things with you if
36                    we could this week because I'm going to be gone
37                    for like three weeks.
38
39   ARROYO:          Alright, what's, what's a good day for you to get
40                    together?
41
```

```
1    LINK:        How about, you know, Wednesday, say afternoon?
2
3    ARROYO:      Okay, let me, let me call Jimmy and find out and
4                 I'll send you a text with a time and a date,
5                 alright? Wednesday.
6
7    LINK:        You got it buddy.
8
9    ARROYO:      Alright, thank you.
10
11   LINK:        Okay, thanks. Bye.
12
```